**Appeal No.    2019AP13-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2013CF335

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**STATE OF WISCONSIN,**

   **PLAINTIFF-RESPONDENT,**

   **v.**

**ROBERT A. WASHINGTON,**

   **DEFENDANT-APPELLANT.**

FILED

July 28, 2020

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Rhonda L. Lanford
Circuit Court Judge
Dane County Courthouse
215 S. Hamilton St.
Madison, WI 53703

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
215 S. Hamilton St., Rm. 1000
Madison, WI 53703

Erin Hanson
Assistant District Attorney
215 S. Hamilton St., Rm. 3000
Madison, WI 53703

David R. Karpe
Karpe and Inacu
448 W. Washington Ave.
Madison, WI 53703

Aaron R. O'Neil
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

PLEASE TAKE NOTICE that corrections were made to paragraph 3 in the above-captioned opinion which was released on June 25, 2020. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.